FILED

06/15/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0088

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0088

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

LEWIS LEON BRYSON,

      Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until July 15, 2022, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
June 15 2022